AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) |
| v. | ) |
| Ernest P. "Ernie" Ricci (YOB: 1961) | ) Case No. 1:23-MJ-22LDA |
| | ) |
| Defendant | ) |

*RECEIVED By Dianna Prete at 12:07 pm, Mar 23, 2023*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Ernest P. "Ernie" Ricci (YOB: 1961)                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

| 18 U.S.C. § 157 | Bankruptcy Fraud |
| 18 U.S.C. § 152 | Concealment of Assets in Bankruptcy |
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1956(a)(1) | Money Laundering |

Date: March 23, 2023

*Issuing officer's signature*

City and state:   **Providence RI**

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/23/2023, and the person was arrested on *(date)* 3/24/2023
at *(city and state)* N. Kingstown, RI.

Date: 3/24/2023

*Arresting officer's signature*

SA Martu Ripshh  FBI
*Printed name and title*